REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION



-FILED-

FEB 25 2026

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No.  3:26-CR- 20 |
| | ) | Violations:  18 U.S.C. § 111(a)(1) |
| | ) | and 8 U.S.C. § 1325(a)(2) |
| SANTOS DURON CISNEROS | ) | |
| a/k/a SANTOS DURON | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about February 19, 2026, in the Northern District of Indiana,

SANTOS DURON CISNEROS,

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and

interfere with a person designated in 18 U.S.C. § 1114, to-wit: a federal officer,

while engaged in the performance of official duties and on account of the

performance of official duties, and the conduct involved physical contact with

a federal officer;

All in violation of 18 U.S.C. § 111(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

On or beginning at a date unknown, and continuing thereafter, up to and including on or about February 19, 2026, in the Northern District of Indiana, and elsewhere,

SANTOS DURON CISNEROS,

defendant herein, an alien, did knowingly and unlawfully elude examination and inspection by immigration officers;

All in violation of 8 U.S.C. § 1325(a)(2).

A TRUE BILL

*/s/ Foreperson*
Foreperson

ADAM L. MILDRED
UNITED STATES ATTORNEY


*/s/ Teresa L. Ashcraft*
By:   Teresa L. Ashcraft
Assistant United States Attorney